UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AVIVA PLC, COMMERCIAL UNION ASSURANCE COMPANY LIMITED, NRG VICTORY REINSURANCE LIMITED, TENECOM LIMITED, THE INDEMNITY MARINE ASSURANCE COMPANY LIMITED, THE NORTHERN ASSURANCE COMPANY LIMITED, THE OCEAN MARINE INSURANCE COMPANY LIMITED, THE ROAD TRANSPORT AND GENERAL INSURANCE COMPANY LIMITED, THE SCOTTISH LION INSURANCE COMPANY LIMITED, and THE YORKSHIRE INSURANCE COMPANY LIMITED,<br><br>　　　　Plaintiffs,<br><br>　-v-<br><br>HONEYWELL INTERNATIONAL INC.,<br><br>　　　　Defendant. | 23-mc-281<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

　　On August 18, 2023, the Court held a telephonic conference in the above-captioned matter concerning defendant Honeywell International Inc.'s motion for leave to file the complaint and exhibits in this case under seal, at which counsel for all parties was present. During that conference, counsel for defendant represented that the parties and non-party insurers subject to the underlying settlement agreement referenced in the complaint have jointly reached an agreement concerning the proposed redactions on the complaint, which would limit such redactions to certain dollar amounts referenced in a few places in the complaint and in an exhibit thereto. Given the agreement and

1

given the limited nature of the redactions, the defendant's motion is hereby GRANTED, subject to the conditions that (a) the complaint redacted in such limited fashion be filed today, August 18, 2023, and (b) that an unredacted version be filed under seal.

    SO ORDERED.

New York, NY  
August 18, 2023

                                             JED S. RAKOFF, U.S.D.J.  
                                                 (Part I)